CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

450 Golden Gate Ave, P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7073
Michael.Starrett@usdoj.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE OSCAR ORDAZ GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | Case No. 5:26-cv-06614-EKL<br><br>**STATEMENT ON HABEAS BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER** |

1. The Court's order (Dkt. No. 14) instructed the parties to meet and confer with respect to a briefing schedule for the habeas petition (Dkt. No. 1).

2. As ordered, the parties have met and conferred and jointly propose the following case schedule:

Respondents' return: October 30, 2026

Petitioner's traverse: December 14, 2026

//

//

//

//

DATED: August 31, 2026.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Michael J. Starrett*
MICHAEL J. STARRETT
Special Assistant United States Attorney
*Attorneys for Respondents*

DATED: August 31, 2026.

Respectfully submitted,

CONTRA COSTA PUBLIC DEFENDER'S OFFICE

/s/ *Heliodoro Moreno, Jr.*
HELIODORO MORENO , JR.
*Attorney for Petitioner*

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' agreement in the briefing schedule statement it is hereby ORDERED that Respondents shall file their return on or before October 30, 2026. Petitioner shall file his traverse on or before December 14, 2026.

DATED: August 31, 2026

THE HONORABLE EUMI K. LEE
United States District Judge